1  JON MICHAELSON (SBN 83815)
   KILPATRICK TOWNSEND & STOCKTON LLP
2  1080 Marsh Road
   Menlo Park, California  94025
3  Telephone:      (650) 614-6462
   Facsimile:      (650) 618-2498
4  JMichaelson@kilpatricktownsend.com

5  Attorney for *Defendant*
   AT&T MOBILITY, LLC, erroneously sued as AT&T MOBILITY CORPORATION
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11 SENESSA J. BROCKINGTON,                        Case No.: 5:18-cv-07799-NC

12         Plaintiff,                             **STIPULATION TO EXTEND
                                                  DEFENDANT AT&T MOBILITY, LLC'S
13     vs.                                        TIME TO FILE A RESPONSE TO THE
                                                  COMPLAINT**
14 AT&T MOBILITY CORPORATION, SUNRISE
   CREDIT SERVICES, INC., and RECEIVABLES         [L.R. 6-1(a)]
15 PERFORMANCE MANAGEMENT, LLC,
                                                  Current Response Date: January 31, 2019
16         Defendants.                            New Response Date:     February 21, 2019

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION TO EXTEND DEFENDANT AT&T MOBILITY, LLC'S TIME TO FILE A
   RESPONSE TO THE COMPLAINT, CASE NO.: 5:18-CV-07799-NC

Defendant AT&T Mobility, LLC ("AT&T") and Plaintiff Sensessa J. Brockington hereby stipulate to extend AT&T's time to file a response to the Complaint by 21 days, from January 31, 2019 to and including February 21, 2019.

DATED: January 31, 2019

                KILPATRICK TOWNSEND & STOCKTON LLP

                By: */s/ Jon Michaelson*
                    JON MICHAELSON

                    Attorneys for Defendant
                    AT&T MOBILITY, LLC

DATED: January 31, 2019

                SULAIMAN LAW GROUP, LTD.

                By: */s/ Nathan C. Volheim*
                    NATHAN C. VOLHEIM

                    Attorneys for Plaintiff
                    SENESSA J. BROCKINGTON

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

DATED: January 31, 2019

                                              KILPATRICK TOWNSEND & STOCKTON LLP

                                              By: */s/ Jon Michaelson*
                                                   JON MICHAELSON

                                              Attorneys for Defendant
                                              AT&T MOBILITY, LLC